## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

ROMAN CHRISTIAN HIGDON,

     Plaintiff,

    v.

BRIAN COLLIER; SGT. ROBINSON; and
TAMARSHE SMITH,

     Defendants.

CIVIL ACTION NO.: 6:19-cv-37

## **O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendant Robinson and his monetary damages claims against Defendants in their official capacities. Plaintiff's Eighth Amendment claims against Defendants Smith and Collier remain pending. (Doc. 8.)

**SO ORDERED**, this 2nd day of June, 2020.

_____

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA